IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH SOPPICK, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 03-890 |
| BOROUGH OF WEST CHESTER, | : | |
| et al. | : | |

## **ORDER**

AND NOW, this 16th day of July, 2003, plaintiffs having not filed a motion to amend the complaint within the time period granted for doing so (by June 13, 2003)[1], plaintiffs are ordered to show cause by August 1, 2003 why this action should not be dismissed pursuant to defendants' uncontested motions to dismiss.*

BY THE COURT:

_____
Edmund V. Ludwig, J.

*The conference scheduled for July 22, 2003 is cancelled.

---

[1] On June 13, 2003, plaintiffs submitted an amended complaint without filing it or a motion to amend.