IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH and JANET SOPPICK, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 03-890 |
| BOROUGH OF WEST CONSHOHOCKEN, et al. | : : | |

## **ORDER**

AND NOW, this 30th day of December, 2003, plaintiffs are ordered to file and serve briefs in response to the motions to dismiss filed by the Borough of West Conshohocken, et al. (document no. 25), by Robert Johnston (document no. 26), by Carmella DeLucca and Michael DeLucca (document no. 27), and by Eileen Yakonick (document no. 28) on or before Friday, January 9, 2004. Failure to do so may result in dismissal of the complaint with prejudice.

BY THE COURT:

_____
Edmund V. Ludwig, J.